# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Civ. Case No.

SUN COMMODITIES, INC., d/b/a SUN
CITY PRODUCE CO.,

       Plaintiff,

vs.

PENN DUTCH FOOD CENTER, INC.,
PENN DUTCH FOOD CENTER II, INC.,
RICKI SALSBURG, PAUL SALSBURG,
WILLIAM SALSBURG, GREG SALSBURG,
MICAH SALSBURG, SOPHY SALSBURG,
JACOB SALSBURG, PENN DUTCH FOOD
CENTER III, LLC., and PENN DUTCH
PLAZA LLC.,

       Defendants.

_____/

## COMPLAINT

Plaintiff SUN COMMODITIES, INC. d/b/a SUN CITY PRODUCE CO. ("SUN CITY")

hereby sues Defendants PENN DUTCH FOOD CENTER, INC. ("PENN DUTCH I"), PENN

DUTCH FOOD CENTER II, INC. ("PENN DUTCH II"), RICKI SALSBURG, PAUL

SALSBURG, WILLIAM SALSBURG, GREG SALSBURG, MICAH SALSBURG, SOPHY

SALSBURG, JACOB SALSBURG (the individual Defendants are collectively referred to herein

as the "Individual Defendants"), PENN DUTCH FOOD CENTER III, LLC. ("PENN DUTCH

III"), and PENN DUTCH PLAZA LLC ("PENN DUTCH PLAZA"), and alleges as follows:

1

## JURISDICTION AND VENUE

1.      This action seeks to enforce SUN CITY's rights pursuant to the Perishable Agricultural Commodities Act of 1930, 7 U.S.C. §499(a) - §499(s), as amended in 1984, 7 U.S.C. §499e(c) (referred to herein as the "PACA").

2.      Jurisdiction over the Defendants is based upon Section 5(c) of the PACA, as amended, 7 U.S.C. §499e(c)(5) and 28 U.S.C. §1331, and 28 U.S.C. §1332.

3.      Venue in this District is based on 28 U.S.C. §1391, in that the Defendants are located in this District, and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## THE PARTIES

4.      Plaintiff SUN CITY is a Florida corporation doing business in Pompano Beach, Florida. SUN CITY is engaged in the business of buying and selling wholesale quantities of fresh fruits and vegetables in interstate commerce, and was at all pertinent times a "Dealer," "Broker," and/or "Commission Merchant" as those terms are defined under the PACA, and was licensed under the PACA by the U.S.D.A.

5.      Defendant PENN DUTCH I is a Florida corporation, and its principal place of business is at 3950 North 28th Terrace, Hollywood, FL 33020, and the company was at all material times a "Dealer" as that term is defined under the PACA.

6.      Defendant PENN DUTCH II is a Florida corporation, and its principal place of business is at 3201 North State Road, Margate, FL 33063, and the company was at all material times a "Dealer" as that term is defined under the PACA.

7.      Defendant RICKI SALSBURG is an individual who resides in South Florida, and according to the Florida Secretary of State records he is a Director of PENN DUTCH I and

2

PENN DUTCH II.  Based upon information and belief, he had control of the finances of PENN DUTCH I, PENN DUTCH II, and PENN DUTCH III at all material times.

8.     Defendant PAUL SALSBURG is an individual who resides in South Florida, and according to the Florida Secretary of State records he is a Director of PENN DUTCH I and PENN DUTCH II.  Based upon information and belief, he had control of the finances of PENN DUTCH I, PENN DUTCH II, and PENN DUTCH III at all material times.

9.     Defendant WILLIAM SALSBURG is an individual who resides in South Florida, and according to the Florida Secretary of State records he is the Director of PENN DUTCH I and PENN DUTCH II.  Based upon information and belief, he had control of the finances of PENN DUTCH I, PENN DUTCH II, and PENN DUTCH III at all material times.

10.     Defendant GREG SALSBURG is an individual who resides in South Florida, and according to the Florida Secretary of State records he is the President of PENN DUTCH I and PENN DUTCH II.  Based upon information and belief, he had control of the finances of PENN DUTCH I, PENN DUTCH II, and PENN DUTCH III at all material times.

11.     Defendant MICAH SALSBURG is an individual who resides in South Florida, and according to the Florida Secretary of State records she is the Vice-President of PENN DUTCH I and PENN DUTCH II.  Based upon information and belief, she had control of the finances of PENN DUTCH I, PENN DUTCH II, and PENN DUTCH III at all material times.

12.     Defendant SOPHY SALSBURG is an individual who resides in South Florida, and according to the Florida Secretary of State records she is the Secretary of PENN DUTCH I and PENN DUTCH II.  Based upon information and belief, she had control of the finances of PENN DUTCH I, PENN DUTCH II, and PENN DUTCH III at all material times.

13.     Defendant JACOB SALSBURG is an individual who resides in South Florida, and according to the Florida Secretary of State records he is the Treasurer of PENN DUTCH I and PENN DUTCH II.  Based upon information and belief, he had control of the finances of PENN DUTCH I, PENN DUTCH II, and PENN DUTCH III at all material times.

14.     Defendant PENN DUTCH FOOD CENTER III, LLC. is a Florida corporation and its principal place of business is at 2301 North University Drive., Sunrise, FL 33322.

15.     Defendant PENN DUTCH PLAZA, LLC. is a Florida corporation, and its principal place of business is at 3325 South University Drive, Suite 210, Davie, FL 33328.

16.     All conditions precedent to this action have occurred, or alternatively have been waived or excused.

17.     SUN CITY has retained the undersigned attorney, and agreed to pay attorney's fees, and is entitled to recover the attorney's fees pursuant to the terms of its below identified invoices and all other applicable law.  SUN CITY will not receive full payment as required by subsection 5(c) of PACA, 7 U.S.C. §499e(c), if SUN CITY must expend part of said payment in attorney's fees, costs, and loss of interest due to Defendants violation of a statutory duty to maintain the trust and make full payment promptly and to defeat the inferior claims of the Defendants.

## COUNT I

### Injunctive Relief to Compel Turnover and
### Disgorgement of PACA Trust Assets re PENN DUTCH I

(Against PENN DUTCH I and the other Defendants except for PENN DUTCH II)

18.     Plaintiff realleges paragraphs 1 through 17 above.

19.    This action is brought pursuant to the PACA, 7 U.S.C. §499e(c) (the "PACA"),

and the regulations implementing PACA promulgated by the Secretary of the United States

Department of Agriculture ("USDA"), 7 CRF Part 46 (1987) ("PACA Regulations").  7 U.S.C.

§499e(c) provides in pertinent part as follow:

> "(2)    Perishable agricultural commodities received by a commission merchant,
> dealer or broker in all transactions, and all inventories of food or other products
> derived from perishable agricultural commodities, and any receivables or
> proceeds from the sale of such commodities of products, *shall be held by such
> commission merchant, dealer or broker **in trust** for the benefit of all unpaid
> suppliers or sellers of such commodities or agents involved in the transaction,
> until such payment of sums owing in connection with such transactions has been
> received by such unpaid suppliers, seller or agents . . .* ;
>
> (3)     . . . When the parties expressly agree to a payment time period different
> from that established by the Secretary, a copy of any such agreement shall be filed
> in the records of each party to the transaction and the terms of payment shall be
> disclosed on invoices, accountings, and other documents relating to the
> transaction.
>
> (4)    In addition to the method of preserving the benefits of the trust specified
> in paragraph (3), *a licensee may use ordinary and usual billing or invoice
> statements to provide notice of the licensee's intent to preserve the trust.* The bill
> or invoice statement must include the information required by the last sentence of
> paragraph (3) and contain on the face of the statement the following: *"The
> perishable agricultural commodities listed on this invoice are sold subject to the
> statutory trust authorized by section 5(c) of the Perishable Agricultural
> Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities
> retains a trust claim over these commodities, all inventories of food or other
> products derived from these commodities, and any receivables or proceeds from
> the sale of these commodities until full payment is received."*.
>
> (5)    The several District Courts of the United States are vested with
> jurisdiction specifically to entertain (I) actions by trust beneficiaries to enforce
> payment from the trust . . . ."  [Emphasis supplied].

20.    SUN CITY sold and delivered the perishable agricultural commodities to PENN

DUTCH I which are identified on its invoices identified on its Statement attached hereto at

Exhibit "A," and PENN DUTCH I accepted the produce.

21.     Simultaneously with delivering the produce described in each invoice to Defendant PENN DUTCH I, SUN CITY delivered to PENN DUTCH I invoices pertaining to each delivery which included the statutory notice of intent to preserve PACA Trust Benefits, specifically:

> "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PENN DUTCH I received and signed the invoices.

22.     The vast majority of the subject perishable agricultural commodities were grown outside the State of Florida, and SUN CITY had purchased a substantial amount of the produce from businesses outside the State of Florida.

23.     Pursuant to the trust provisions of the PACA, at the time of receipt of said commodities, a statutory trust was established in favor of SUN CITY as to all commodities received by Defendant PENN DUTCH I from the sale of such commodities until full payment is made for said commodities by Defendant PENN DUTCH I in the amount of **$97,899.85**, plus interest.

24.     Defendant PENN DUTCH I sold the subject Produce, and received consideration therefore, and such consideration has become part of the PACA Trust Assets.

25.     Defendant PENN DUTCH I has failed and refused to make full payment promptly for the commodities, despite demand.

26.     Defendant PENN DUTCH I violated its PACA Trust obligations to SUN CITY by failing to preserve the PACA Trust Assets, and failing to apply those PACA Trust Assets to pay the PACA Trust obligation owing to SUN CITY.

27.     Defendant PENN DUTCH I's continuing failure to maintain the PACA Trust will result in irreparable harm to SUN CITY, since there is a great risk the trust funds will be paid to other creditors, third parties, or otherwise dissipated by the Defendants.  Irreparable harm to SUN CITY and resultant instability of produce companies is precisely what Congress sought to avoid by enacting the PACA.

28.     At all material times the Individual Defendants have been in control of PENN DUTCH I's PACA Trust Assets, or a position to control them, and have failed to apply those PACA Trust Assets to pay the PACA Trust obligations owed to SUN CITY and other PACA trust beneficiaries.

29.     SUN CITY'S is owed at least **$97,899.85** for the subject Produce.

WHEREFORE, SUN CITY respectfully requests that this Court enter judgment against PENN DUTCH I and the other Defendants except for PENN DUTCH II as follows:

a.     Granting a temporary, preliminary, and permanent injunction enjoining PENN DUTCH I,  its agents, officers, directors, subsidiaries, assigns, including the Individual Defendants, from dissipating, paying, transferring, assigning or selling any and all assets of PENN DUTCH I which are subject to the trust provisions of the PACA, including, without limitation, (1) produce, (2) receivables derived from the sale or other disposition of produce, (3) money derived from the transfer of produce, and (4) all assets that have been purchased, improved, or maintained by the use of monies derived from the sale or other disposition of perishable agricultural commodities, until further order of this Court or until written agreement signed by Plaintiff's counsel.

b.      Granting a temporary, preliminary, and permanent injunction freezing PENN DUTCH I and the Individual Defendants' bank accounts and other assets.

c.      Requiring PENN DUTCH I and the Individual Defendants to immediately deliver a complete accounting of its financial condition of PENN DUTCH I to Plaintiff's attorney, Robert E. Goldman, Esq., which shall include the production of financial documents apparently created after May 1, 2019, including, without limitation, (1) detailed and summary accounts receivables, (2) detailed and summary accounts payable, (3) a general ledger, (4) bank statements and related checks, (5) check registers, and (6) credit card statements.

d.      compelling the Defendants to turnover the PACA trust assets to the PACA trust beneficiaries.

e.      appointing a trustees or receiver to marshal the PACA trust assets, liquidate them, and deposit the proceeds from the liquidation of PENN DUTCH I's PACA trust assets into a the PACA Trust Account, and then turnover the PACA trust assets to the PACA trust beneficiaries.

f.      Awarding pre and post-judgment interest.

g.      Awarding the Plaintiff court costs and attorneys' fees; and

h.      Granting such other relief as this Court deems just and proper.

## COUNT II

### Injunctive Relief to Compel Turnover and
### Disgorgement of PACA Trust Assets re PENN DUTCH II

(Against all PENN DUTCH II and the other Defendants except for PENN DUTCH I)

30.     Plaintiff realleges paragraphs 1 through 17 above.

31.     This action is brought pursuant to the PACA, 7 U.S.C. §499e(c) (the "PACA"), and the regulations implementing PACA promulgated by the Secretary of the United States

Department of Agriculture ("USDA"), 7 CRF Part 46 (1987)("PACA Regulations").  7 U.S.C. §499e(c) provides in pertinent part as follow:

> (2)    Perishable agricultural commodities received by a commission merchant, dealer or broker in all transactions, and all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities of products, *shall be held by such commission merchant, dealer or broker **in trust** for the benefit of all unpaid suppliers or sellers of such commodities or agents involved in the transaction, until such payment of sums owing in connection with such transactions has been received by such unpaid suppliers, seller or agents . . .* ;

> (3)     . . . When the parties expressly agree to a payment time period different from that established by the Secretary, a copy of any such agreement shall be filed in the records of each party to the transaction and the terms of payment shall be disclosed on invoices, accountings, and other documents relating to the transaction.

> (4)     In addition to the method of preserving the benefits of the trust specified in paragraph (3), *a licensee may use ordinary and usual billing or invoice statements to provide notice of the licensee's intent to preserve the trust.* The bill or invoice statement must include the information required by the last sentence of paragraph (3) and contain on the face of the statement the following: *"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*.

> (5)     The several District Courts of the United States are vested with jurisdiction specifically to entertain (I) actions by trust beneficiaries to enforce payment from the trust . . . ."  [Emphasis supplied].

32.    SUN CITY sold and delivered the perishable agricultural commodities to PENN DUTCH II which are identified on its invoices identified on its Statement attached hereto at Exhibit "B," and PENN DUTCH I accepted the produce.

33.    Simultaneously with delivering the produce described in each invoice to Defendant PENN DUTCH II, SUN CITY delivered to PENN DUTCH II invoices pertaining to

each delivery which included the statutory notice of intent to preserve PACA Trust Benefits, specifically:

> "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PENN DUTCH II received and signed the invoices.

34.     The vast majority of the subject perishable agricultural commodities were grown outside the State of Florida, and SUN CITY had purchased a substantial amount of the produce from businesses outside the State of Florida.

35.     Pursuant to the trust provisions of the PACA, at the time of receipt of said commodities, a statutory trust was established in favor of SUN CITY as to all commodities received by Defendant PENN DUTCH II from the sale of such commodities until full payment is made for said commodities by Defendant PENN DUTCH II in the amount of **$172,811.16**, plus interest.

36.     Defendant PENN DUTCH II sold the subject Produce, and received consideration therefore, and such consideration has become part of the PACA Trust Assets.

37.     Defendant PENN DUTCH II has failed and refused to make full payment promptly for the commodities, despite demand.

38.     Defendant PENN DUTCH II violated its PACA Trust obligations to SUN CITY by failing to preserve the PACA Trust Assets, and failing to apply those PACA Trust Assets to pay the PACA Trust obligation owing to SUN CITY.

39.     Defendant PENN DUTCHI II's continuing failure to maintain the PACA Trust will result in irreparable harm to SUN CITY, since there is a great risk the trust funds will be

paid to other creditors, third parties, or otherwise dissipated by the Defendants.  Irreparable harm to SUN CITY and resultant instability of produce companies is precisely what Congress sought to avoid by enacting the PACA.

40.     At all material times the Individual Defendants have been in control of PENN DUTCH II's PACA Trust Assets, or a position to control them, and have failed to apply those PACA Trust Assets to pay the PACA Trust obligations owed to SUN CITY and other PACA trust beneficiaries.

41.     SUN CITY'S is owed at least **$172,811.16** for the subject Produce.

WHEREFORE, SUN CITY respectfully requests that this Court enter judgment against PENN DUTCH II and the other Defendants except for PENN DUTCH I as follows:

a.      Granting a temporary, preliminary, and permanent injunction enjoining PENN DUTCH II,  its agents, officers, directors, subsidiaries, assigns, including the Individual Defendants, from dissipating, paying, transferring, assigning or selling any and all assets of PENN DUTCH II which are subject to the trust provisions of the PACA, including, without limitation, (1) produce, (2) receivables derived from the sale or other disposition of produce, (3) money derived from the transfer of produce, and (4) all assets that have been purchased, improved, or maintained by the use of monies derived from the sale or other disposition of perishable agricultural commodities, until further order of this Court or until written agreement signed by Plaintiff's counsel.

b.      Granting a temporary, preliminary, and permanent injunction freezing PENN DUTCH II and the Individual Defendants' bank accounts and other assets.

c.      Requiring PENN DUTCH II and the Individual Defendants to immediately deliver a complete accounting of its financial condition of PENN DUTCH II  to Plaintiff's attorney, Robert E. Goldman, Esq., which shall include the production of financial documents apparently

created after May 1, 2019, including, without limitation, (1) detailed and summary accounts receivables, (2) detailed and summary accounts payable, (3) a general ledger, (4) bank statements and related checks, (5) check registers, and (6) credit card statements.

      d.      compelling the Defendants to turnover the PACA trust assets to the PACA trust beneficiaries.

      e.      appointing a trustees or receiver to marshal the PACA trust assets, liquidate them, and deposit the proceeds from the liquidation of PENN DUTCH II's PACA trust assets into a the PACA Trust Account, and then turnover the PACA trust assets to the PACA trust beneficiaries.

      f.      Awarding pre and post-judgment interest.

      g.      Awarding the Plaintiff court costs and attorneys' fees; and

      h.      Granting such other relief as this Court deems just and proper.

## COUNT III

### Failure to Pay PACA Trust Funds
### Pursuant to 7 USC §499e(c) re PENN DUTCH I

(Against PENN DUTCH I and all other Defendants except for PENN DUTCH II)

42.      Plaintiff realleges paragraphs 1 through 26, and 29 above.

43.      The Individual Defendants, due to their ownership interest and/or position with PENN DUTCH I, did, or reasonably should have, controlled the PACA Trust funds so as to make sure the PACA Trust funds were available for the PACA Trust beneficiaries, including SUN CITY.

44.      Defendants' failure to preserve the statutory PACA Trust has resulted in damages to SUN CITY in the amount of at least **$97,899.85.**

WHEREFORE, SUN CITY respectfully requests that this Court enter judgment against PENN DUTCH I and all other Defendants except for PENN DUTCH II for compensatory damages, pre-judgment interest, attorney's fees, court costs, and such other relief as the Court deems just and proper.

## COUNT IV

### Failure to Pay PACA Trust Funds
### Pursuant to 7 USC §499e(c) re PENN DUTCH II

(Against PENN DUTCH II and all other Defendants except for PENN DUTCH I)

45. Plaintiff realleges paragraphs 1 through 17, 30 – 38, and 41 above.

46. The Individual Defendants, due to their ownership interest and/or position with PENN DUTCH II, did, or reasonably should have, controlled the PACA Trust funds so as to make sure the PACA Trust funds were available for the PACA Trust beneficiaries, including SUN CITY.

47. Defendants' failure to preserve the statutory PACA Trust has resulted in damages to SUN CITY in the amount of at least **$172,811.16.**

WHEREFORE, SUN CITY respectfully requests that this Court enter judgment against PENN DUTCH II and all other Defendants except for PENN DUTCH I for compensatory damages, pre-judgment interest, attorney's fees, court costs, and such other relief as the Court deems just and proper.

## COUNT V

### Conversion and Unlawful Retention
### of PACA Trust Assets by PENN DUTCH III

(Against PENN DUTCH III)

48. Plaintiff realleges paragraphs 1 through 47 above.

49.     Plaintiff is PACA Trust Beneficiary of PENN DUTCH I and PENN DUTCH II.

50.     At all material times, PENN DUTCH III knew or should have known that PENN DUTCH I and PENN DUTCH II were engaged in the business of purchasing and selling Produce, and had actual or alternatively constructive notice of the statutory trust referred to herein as the "PACA."

51.     Based upon information and belief, PENN DUTCH I and PENN DUTCH II transferred assets derived from the sale of produce ("PACA Trust Assets") to PENN DUTCH III.

52.     At the time PENN DUTCH III received PACA Trust Assets of PENN DUTCH I and PENN DUTCH II, it knew, or should have known via a reasonable and diligent inquiry, that PENN DUTCH I and PENN DUTCH II were experiencing financial difficulties and unable to fully pay all its produce suppliers within the PACA's maximum payment terms of 30-days, and so was in breach of its PACA trust obligations to its PACA Trust Beneficiaries.

53.     The subject PACA Trust Assets taken by PENN DUTCH III belong to the PACA Trust Beneficiaries, including Plaintiff.

54.     PENN DUTCH III continues to hold the subject PACA Trust Assets, despite Plaintiff's demand having been made for their return.

55.     PENN DUTCH III is not a bona fide purchaser for value of the subject PACA Trust Assets without notice of PENN DUTCH I and PENN DUTCH II's breach of their PACA trust obligations.

56.     PENN DUTCH III's receipt of the subject PACA Trust Assets has resulted in the Plaintiff suffering monetary damages.

WHEREFORE, Plaintiff demand that judgment be entered against PENN DUTCH III for the amount of the subject PACA Trust Assets received by PENN DUTCH III, for pre-judgment interest, for court costs, and for such other relief as the Court deems proper.

## COUNT VI

### Unjust Enrichment, and Request Imposition of Equitable Lien, and for Foreclosure of Equitable Lien

(Against PENN DUTCH PLAZA)

57.     Plaintiff realleges paragraphs 1 through 56 above.

58.     PENN DUTCH PLAZA owns the following real property in Broward County, Florida (hereinafter the "subject property"):

**Property 1:**

STREET: 3105-3285 N STATE ROAD 7, MARGATE FL 33063

LEGAL: MARGATE PLAZA NO.1 132-50 B PAR A, LESS POR DESC AS COMM AT NORTHERNMOST SE COR OF SAID PLAT N 162 TO POB,W 165,N 210,E 165, S 210 TO POB,LESS PARCELS A,C,D & E AS DESC IN OR 17838/295 & LESS MARGATE PLAZA OUTPARCEL & LESS POR DESC AS COMM AT N MOST SE COR PAR A,N 644.67 TO POB,N 200,W 165,S 200,E 165 TO POB

**Property 2**:

LEGAL: MARGATE PLAZA NO.1 132-50 B POR PAR A DESC AS: COMM NW COR OF SAID PLAT,E 292.55,S 501.01, S 369.58 TO POB,E 165, S 272.67, W 165, N 272.67 TO POB AKA:MARGATE PLAZA OUTPARCEL

59.     Based upon information and belief, at a time that PENN DUTCH I and PENN DUTCH II were in breach of their PACA trust obligations to SUN CITY, they transferred PACA trust funds to DUTCH PLAZA, which then used the PACA trust funds to benefit, improve, and/or maintain the subject real property; thus, SUN CITY has an interest in the subject real property.

60.     An equitable lien on the subject real property should be imposed to prevent unjust enrichment of PENN DUTCH PLAZA.

WHEREFORE, SUN CITY respectfully requests that this Court enter judgment as follows:

a.     Imposition of an equitable lien on the subject real property to prevent unjust enrichment.

b.     For the foreclosure upon the equitable lien.

c.     Award Plaintiff court costs and attorneys' fees.

d.     Grant such other relief as this Court deems just and proper.


## COUNT VI

**Unjust Enrichment, and Request for Imposition of
Constructive Trust, and for Foreclosure and/or Partition of Real Property**

(Against PENN DUTCH PLAZA)

61.     Plaintiff realleges paragraphs 1 through 56 above.

62.     PENN DUTCH PLAZA owns the following real property in Broward County, Florida (hereinafter referred to as the subject real property):

**Property 1:**

STREET: 3105-3285 N STATE ROAD 7, MARGATE FL 33063

LEGAL: MARGATE PLAZA NO.1 132-50 B PAR A, LESS POR DESC AS COMM AT NORTHERNMOST SE COR OF SAID PLAT N 162 TO POB,W 165,N 210,E 165, S 210 TO POB,LESS PARCELS A,C,D & E AS DESC IN OR 17838/295 & LESS MARGATE PLAZA OUTPARCEL & LESS POR DESC AS COMM AT N MOST SE COR PAR A,N 644.67 TO POB,N 200,W 165,S 200,E 165 TO POB

**Property 2**:

LEGAL: MARGATE PLAZA NO.1 132-50 B POR PAR A DESC AS: COMM NW COR OF SAID PLAT,E 292.55,S 501.01, S 369.58 TO POB,E 165, S 272.67, W 165, N 272.67 TO POB AKA:MARGATE PLAZA OUTPARCEL

63.     PENN DUTCH I and PENN DUTCH II promised to repay SUN CITY and other PACA trust beneficiaries.

64.     Based upon information and belief, PENN DUTCH I and PENN DUTCH II transferred PACA trust assets to PENN DUTCH PLAZA, which then used them to benefit, improve, and/or maintain the subject real property; thus, SUN CITY has an interest in the subject real property.

65.     PENN DUTCH I and PENN DUTCH II had a confidential relationship with SUN CITY and other PACA trust beneficiaries.

66.     A constructive trust should be imposed on the subject real property to prevent unjust enrichment of Defendants.

WHEREFORE, SUN CITY respectfully requests that this Court enter judgment against PENN DUTCH PLAZA as follows:

a.      Imposition of a constructive trust on the subject real property to prevent unjust enrichment.

      b.      For the foreclosure upon the equitable lien.

      c.      Award Plaintiff court costs and attorneys' fees.

      d.      Grant such other relief as this Court deems just and proper.

## COUNT V

### Declaratory Relief

(Against all Defendants other than PENN DUTCH III and PENN DUTCH PLAZA)

67.    Plaintiff realleges paragraphs 1 through 23 above.

68.    This is an action for declaratory judgment within the meaning of 28 U.S.C. §2201 for the purpose of determining the rights, duties, entitlement, status and other legal relations between the parties regarding PENN DUTCH I and PENN DUTCH II's inventory, accounts, and proceeds therefrom, under and pursuant to the PACA.

69.    A dispute and actual controversy has arisen between Plaintiff and the Defendants regarding their relative rights to and ownership of monies received or to be received by the Defendants as proceeds, either directly or indirectly, from SUN CITY's sale of perishable agricultural commodities to Defendants PENN DUTCH I and PENN DUTCH II, and Plaintiff is in doubt as to its rights, necessitating a judicial declaration as to the parties respective rights, duties, and entitlements in and to said proceeds.

70.    SUN CITY, since it has established a qualified PACA claim, is entitled to a judicial declaration that the Defendants have breached their PACA trust obligations to SUN CITY, and of the amount it is owed from the PACA Trust Funds.

WHEREFORE, SUN CITY respectfully requests that this Court enter judgment against the Defendants other than PENN DUTCH III and PENN DUTCH PLAZA as follows:

a.       Declare that Plaintiff SUN CITY has a valid, perfected PACA Trust claim against the Defendants in the sum of **$270,711.01,** and that the Defendants have failed to preserve the PACA Trust Assets, and declare which assets are PACA trust assets.

b.       Award the Plaintiff court costs and attorneys' fees.

c.       Grant such other relief as this Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands a trial by jury as to all issues so triable.

By:      s/Robert E. Goldman
           Robert E. Goldman, Esq. (FB#740799)
           Robert@goldmanlaw.com
           LAW OFFICE OF ROBERT E. GOLDMAN
           1 East Broward Blvd., Ste. 700
           Fort Lauderdale, FL  33301
           Tel: (954) 745-7450
           Fax: (954) 745-7460
           Attorney for Plaintiff SUN CITY

PAGE   1

# SunCity
## PRODUCE CO.
### the best produce under the sun

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax (954) 545 6442

**PENN DUTCH FOOD
CENTER, INC.
3950 N. 28TH TERRACE
HOLLYWOOD      FL  33020**

SCP

| | STATEMENT DATE |
|---|---|
| | 9/18/2019 |

| | CUSTOMER |
|---|---|
| | 51702 |

| | SALESPERSON |
|---|---|
| | 009 |

| | TERMS |
|---|---|
| | NET 10 DAYS |

| DATE | TRANSACTION NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 07/11/2019 | 525014 | INV | | $ 3,077.00 | | $ 3,077.00 |
| 07/13/2019 | 526105 | INV | | $ 2,224.75 | | $ 2,224.75 |
| 07/15/2019 | 526311 | INV | | $ 3,918.65 | | $ 3,918.65 |
| 07/16/2019 | 526797 | INV | | $ 3,477.65 | | $ 3,477.65 |
| 07/17/2019 | 527189 | INV | | $ 1,261.10 | | $ 1,261.10 |
| 07/19/2019 | 528249 | INV | | $ 793.55 | | $ 793.55 |
| 07/25/2019 | 530604 | C/M | | $ 69.50- | | $ 724.05 |
| 07/20/2019 | 528737 | INV | | $ 3,576.80 | | $ 3,576.80 |
| 07/22/2019 | 528875 | INV | | $ 1,622.20 | | $ 1,622.20 |
| 07/23/2019 | 529465 | INV | | $ 3,226.45 | | $ 3,226.45 |
| 07/24/2019 | 529928 | INV | | $ 1,778.50 | | $ 1,778.50 |
| 07/26/2019 | 530992 | INV | | $ 1,471.45 | | $ 1,471.45 |
| 07/27/2019 | 531481 | INV | | $ 2,523.80 | | $ 2,523.80 |
| 07/27/2019 | 531546 | INV | | $ 388.50 | | $ 388.50 |
| 07/29/2019 | 531661 | INV | | $ 4,094.80 | | $ 4,094.80 |
| 08/15/2019 | 538906 | C/M | | $ 11.85- | | $ 4,082.95 |
| 09/18/2019 | 551752 | C/M | | $ 26.95- | | $ 4,056.00 |
| 07/30/2019 | 532186 | INV | | $ 3,478.40 | | $ 3,478.40 |
| 09/18/2019 | 551753 | C/M | | $ 194.25- | | $ 3,284.15 |
| 08/01/2019 | 533240 | INV | | $ 3,228.20 | | $ 3,228.20 |
| 08/02/2019 | 533714 | INV | | $ 1,483.45 | | $ 1,483.45 |
| 08/03/2019 | 534257 | INV | | $ 1,909.95 | | $ 1,909.95 |

EX. A-1

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| | | |

PAGE  2

**SunCity PRODUCE CO.**
*the best produce under the sun*

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax  (954) 545 6442

| | |
|---|---|
| **STATEMENT DATE** | |
| 9/18/2019 | |

| | |
|---|---|
| **CUSTOMER** | |
| 51702 | |

**PENN DUTCH FOOD
CENTER, INC.
3950 N. 28TH TERRACE
HOLLYWOOD      FL  33020**

| | |
|---|---|
| **SALESPERSON** | |
| 009 | |

| | |
|---|---|
| **TERMS** | |
| NET 10 DAYS | |

| DATE | TRANSACTION NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 08/03/2019 | 534258 | INV | | $ 210.00 | | $ 210.00 |
| 08/05/2019 | 534441 | INV | | $ 4,054.70 | | $ 4,054.70 |
| 08/07/2019 | 535225 | INV | | $ 2,598.60 | | $ 2,598.60 |
| 08/09/2019 | 536485 | C/M | | $ 239.50- | | $ 2,359.10 |
| 08/08/2019 | 535735 | INV | | $ 4,648.30 | | $ 4,648.30 |
| 08/14/2019 | 538433 | C/M | | $ 33.60- | | $ 4,614.70 |
| 08/10/2019 | 536879 | INV | | $ 2,237.90 | | $ 2,237.90 |
| 08/12/2019 | 537188 | INV | | $ 2,276.60 | | $ 2,276.60 |
| 09/18/2019 | 551754 | C/M | | $ 34.95- | | $ 2,241.65 |
| 08/13/2019 | 537626 | INV | | $ 3,345.40 | | $ 3,345.40 |
| 08/16/2019 | 539498 | C/M | | $ 275.10- | | $ 3,070.30 |
| 09/03/2019 | 545347 | C/M | | $ 2.30- | | $ 3,068.00 |
| 08/14/2019 | 538128 | INV | | $ 2,555.80 | | $ 2,555.80 |
| 08/16/2019 | 539292 | INV | | $ 2,110.05 | | $ 2,110.05 |
| 08/23/2019 | 542073 | C/M | | $ 31.90- | | $ 2,078.15 |
| 08/17/2019 | 539781 | INV | | $ 2,682.95 | | $ 2,682.95 |
| 08/17/2019 | 539782 | INV | | $ 150.00 | | $ 150.00 |
| 08/19/2019 | 539958 | INV | | $ 2,870.40 | | $ 2,870.40 |
| 08/21/2019 | 541035 | C/M | | $ 193.75- | | $ 2,676.65 |
| 08/20/2019 | 540370 | INV | | $ 3,381.00 | | $ 3,381.00 |
| 08/23/2019 | 542004 | C/M | | $ 259.50- | | $ 3,121.50 |
| 08/21/2019 | 540765 | INV | | $ 2,858.60 | | $ 2,858.60 |

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| | | |

EX. A-2

PAGE  3

# SunCity
## PRODUCE CO.
### the best produce under the sun

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax (954) 545 6442

**PENN DUTCH FOOD**
**CENTER, INC.**
**3950 N. 28TH TERRACE**
**HOLLYWOOD      FL  33020**

| STATEMENT DATE |
|---|
| 9/18/2019 |

| CUSTOMER |
|---|
| 51702 |

| SALESPERSON |
|---|
| 009 |

| TERMS |
|---|
| NET 10 DAYS |

| DATE | TRANSACTION NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 09/18/2019 | 551755 | C/M | | $ 31.80- | | $ 2,826.80 |
| 08/22/2019 | 541252 | INV | | $ 2,035.45 | | $ 2,035.45 |
| 08/23/2019 | 541835 | INV | | $ 1,851.00 | | $ 1,851.00 |
| 08/27/2019 | 543512 | C/M | | $ 49.75- | | $ 1,801.25 |
| 08/24/2019 | 542441 | INV | | $ 2,556.35 | | $ 2,556.35 |
| 08/28/2019 | 543776 | C/M | | $ 80.95- | | $ 2,475.40 |
| 08/26/2019 | 542551 | INV | | $ 3,335.85 | | $ 3,335.85 |
| 08/26/2019 | 542730 | INV | | $ 124.00 | | $ 124.00 |
| 08/27/2019 | 543103 | INV | | $ 2,390.35 | | $ 2,390.35 |
| 08/28/2019 | 543616 | INV | | $ 2,887.00 | | $ 2,887.00 |
| 08/29/2019 | 544082 | INV | | $ 3,613.05 | | $ 3,613.05 |
| 09/03/2019 | 545482 | C/M | | $ 1,078.50- | | $ 2,534.55 |
| 09/05/2019 | 546447 | C/M | | $ 210.00- | | $ 2,324.55 |
| 08/29/2019 | 544083 | INV | | $ 950.40 | | $ 950.40 |
| 08/30/2019 | 544529 | INV | | $ 1,432.05 | | $ 1,432.05 |
| CUSTOMER | 51702 | TOTAL | | $ 97,866.85 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| $ 0.00 | $ 97,866.85 | $ 97,866.85 |

EX. A-3

PAGE 1

SunCity
PRODUCE CO.
the best produce under the sun

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax (954) 545 6442

PENN DUTCH FOOD
CENTER II, INC.
3950 NORTH 28TH TERRACE
HOLLYWOOD    FL  33020

SCP

| | STATEMENT DATE |
|---|---|
| | 9/18/2019 |

| | CUSTOMER |
|---|---|
| | 51703 |

| | SALESPERSON |
|---|---|
| | 009 |

| | TERMS |
|---|---|
| | NET 10 DAYS |

| DATE | TRANSACTION NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 07/11/2019 | 524996 | INV | | $ 1,719.85 | | $ 1,719.85 |
| 07/18/2019 | 527793 | C/M | | $ 115.00- | | $ 1,604.85 |
| 09/18/2019 | 524996 | PYM | | | $ 310.69- | $ 1,294.16 |
| 09/18/2019 | 524996 | 15 | | $ 310.69 | | $ 1,604.85 |
| 07/12/2019 | 525544 | INV | | $ 4,623.45 | | $ 4,623.45 |
| 07/19/2019 | 528425 | C/M | | $ 719.70- | | $ 3,903.75 |
| 07/12/2019 | 525645 | INV | | $ 719.70 | | $ 719.70 |
| 07/13/2019 | 526096 | INV | | $ 3,032.75 | | $ 3,032.75 |
| 09/18/2019 | 551761 | C/M | | $ 123.55- | | $ 2,909.20 |
| 07/15/2019 | 526273 | INV | | $ 1,465.85 | | $ 1,465.85 |
| 09/18/2019 | 551762 | C/M | | $ 226.45- | | $ 1,239.40 |
| 07/16/2019 | 526839 | INV | | $ 3,103.95 | | $ 3,103.95 |
| 07/22/2019 | 529242 | C/M | | $ 35.50- | | $ 3,068.45 |
| 07/17/2019 | 527203 | INV | | $ 1,311.45 | | $ 1,311.45 |
| 07/18/2019 | 527679 | INV | | $ 3,324.20 | | $ 3,324.20 |
| 07/23/2019 | 529672 | C/M | | $ 1,207.90- | | $ 2,116.30 |
| 07/19/2019 | 528180 | INV | | $ 3,955.55 | | $ 3,955.55 |
| 07/20/2019 | 528774 | INV | | $ 2,412.30 | | $ 2,412.30 |
| 07/26/2019 | 531092 | C/M | | $ 15.45- | | $ 2,396.85 |
| 07/30/2019 | 532555 | C/M | | $ 6.00- | | $ 2,390.85 |
| 07/22/2019 | 528985 | INV | | $ 3,584.60 | | $ 3,584.60 |
| 07/26/2019 | 531282 | C/M | | $ 31.45- | | $ 3,553.15 |

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| | | |

EX. B-1

SunCity
PRODUCE CO.
the best produce under the sun

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax (954) 545 6442

**PENN DUTCH FOOD
CENTER II, INC.
3950 NORTH 28TH TERRACE
HOLLYWOOD      FL  33020**

| | |
|---|---|
| **STATEMENT DATE** | 9/18/2019 |
| **CUSTOMER** | 51703 |
| **SALESPERSON** | 009 |
| **TERMS** | NET 10 DAYS |

| DATE | TRANSACTION NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 07/23/2019 | 529432 | INV | | $ 3,345.90 | | $ 3,345.90 |
| 07/30/2019 | 532618 | C/M | | $ 437.85- | | $ 2,908.05 |
| 07/24/2019 | 529941 | INV | | $ 1,832.80 | | $ 1,832.80 |
| 07/24/2019 | 529942 | INV | | $ 741.60 | | $ 741.60 |
| 07/25/2019 | 530357 | INV | | $ 1,138.55 | | $ 1,138.55 |
| 07/26/2019 | 530936 | INV | | $ 6,343.00 | | $ 6,343.00 |
| 08/01/2019 | 533344 | C/M | | $ 437.85- | | $ 5,905.15 |
| 07/27/2019 | 531451 | INV | | $ 3,026.55 | | $ 3,026.55 |
| 08/02/2019 | 533888 | C/M | | $ 38.70- | | $ 2,987.85 |
| 07/29/2019 | 531704 | INV | | $ 1,745.05 | | $ 1,745.05 |
| 08/15/2019 | 538908 | C/M | | $ 59.50- | | $ 1,685.55 |
| 07/30/2019 | 532199 | INV | | $ 2,026.50 | | $ 2,026.50 |
| 08/06/2019 | 534998 | C/M | | $ 59.60- | | $ 1,966.90 |
| 08/07/2019 | 535390 | C/M | | $ 259.00- | | $ 1,707.90 |
| 07/31/2019 | 532711 | INV | | $ 2,193.25 | | $ 2,193.25 |
| 08/15/2019 | 538905 | C/M | | $ 65.50- | | $ 2,127.75 |
| 08/01/2019 | 533200 | INV | | $ 1,587.90 | | $ 1,587.90 |
| 08/02/2019 | 533724 | INV | | $ 4,315.85 | | $ 4,315.85 |
| 08/09/2019 | 536743 | C/M | | $ 49.00- | | $ 4,266.85 |
| 08/02/2019 | 533725 | INV | | $ 2,508.00 | | $ 2,508.00 |
| 08/03/2019 | 534318 | INV | | $ 3,718.25 | | $ 3,718.25 |
| 08/03/2019 | 534319 | INV | | $ 246.00 | | $ 246.00 |

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| | | |

EX. B-2

PAGE  3

## SunCity PRODUCE CO.
the best produce under the sun

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax  (954) 545 6442

| | |
|---|---|
| **STATEMENT DATE** | |
| 9/18/2019 | |
| **CUSTOMER** | |
| 51703 | |
| **SALESPERSON** | |
| 009 | |
| **TERMS** | |
| NET 10 DAYS | |

PENN DUTCH FOOD
CENTER II, INC.
3950 NORTH 28TH TERRACE
HOLLYWOOD     FL  33020

| DATE | TRANSACTION NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 08/05/2019 | 534530 | INV | | $ 1,810.35 | | $ 1,810.35 |
| 08/12/2019 | 537303 | C/M | | $ 153.50- | | $ 1,656.85 |
| 08/06/2019 | 534781 | INV | | $ 2,807.80 | | $ 2,807.80 |
| 08/13/2019 | 537870 | C/M | | $ 28.90- | | $ 2,778.90 |
| 08/07/2019 | 535288 | INV | | $ 2,624.85 | | $ 2,624.85 |
| 08/08/2019 | 535724 | INV | | $ 5,639.30 | | $ 5,639.30 |
| 08/14/2019 | 538444 | C/M | | $ 19.50- | | $ 5,619.80 |
| 08/09/2019 | 536325 | INV | | $ 3,778.60 | | $ 3,778.60 |
| 08/15/2019 | 538854 | C/M | | $ 215.50- | | $ 3,563.10 |
| 08/10/2019 | 536919 | INV | | $ 2,548.60 | | $ 2,548.60 |
| 08/10/2019 | 536920 | INV | | $ 198.00 | | $ 198.00 |
| 08/12/2019 | 537129 | INV | | $ 2,385.30 | | $ 2,385.30 |
| 08/13/2019 | 537635 | INV | | $ 971.45 | | $ 971.45 |
| 08/14/2019 | 538150 | INV | | $ 2,080.70 | | $ 2,080.70 |
| 08/20/2019 | 540547 | C/M | | $ 138.25- | | $ 1,942.45 |
| 08/15/2019 | 538776 | INV | | $ 1,907.75 | | $ 1,907.75 |
| 08/16/2019 | 539318 | INV | | $ 5,745.20 | | $ 5,745.20 |
| 08/21/2019 | 541042 | C/M | | $ 433.50- | | $ 5,311.70 |
| 08/21/2019 | 541043 | C/M | | $ 82.50- | | $ 5,229.20 |
| 08/17/2019 | 539808 | INV | | $ 3,509.25 | | $ 3,509.25 |
| 08/17/2019 | 539809 | INV | | $ 102.00 | | $ 102.00 |
| 08/19/2019 | 540055 | INV | | $ 1,574.95 | | $ 1,574.95 |

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| | | |

EX. B-3

PAGE  4

**SunCity** PRODUCE CO.
*the best produce under the sun*

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax  (954) 545 6442

| | |
|---|---|
| **STATEMENT DATE** | |
| 9/18/2019 | |

PENN DUTCH FOOD
CENTER II, INC.
3950 NORTH 28TH TERRACE
HOLLYWOOD      FL  33020

| **CUSTOMER** |
|---|
| 51703 |

| **SALESPERSON** |
|---|
| 009 |

| **TERMS** |
|---|
| NET 10 DAYS |

| DATE | TRANSACTION NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 08/20/2019 | 540410 | INV | | $ 2,395.45 | | $ 2,395.45 |
| 08/20/2019 | 540411 | INV | | $ 3,060.00 | | $ 3,060.00 |
| 08/21/2019 | 540805 | INV | | $ 1,765.45 | | $ 1,765.45 |
| 08/27/2019 | 543258 | C/M | | $ 84.30- | | $ 1,681.15 |
| 08/27/2019 | 543482 | C/M | | $ 44.85- | | $ 1,636.30 |
| 08/22/2019 | 541222 | INV | | $ 2,179.10 | | $ 2,179.10 |
| 08/23/2019 | 541793 | INV | | $ 6,185.25 | | $ 6,185.25 |
| 08/27/2019 | 543499 | C/M | | $ 112.80- | | $ 6,072.45 |
| 08/24/2019 | 542349 | INV | | $ 2,678.20 | | $ 2,678.20 |
| 08/26/2019 | 542628 | INV | | $ 2,378.65 | | $ 2,378.65 |
| 08/26/2019 | 542629 | INV | | $ 380.16 | | $ 380.16 |
| 08/27/2019 | 543053 | INV | | $ 2,484.95 | | $ 2,484.95 |
| 08/28/2019 | 543592 | INV | | $ 2,022.90 | | $ 2,022.90 |
| 08/28/2019 | 543593 | INV | | $ 638.70 | | $ 638.70 |
| 08/29/2019 | 543956 | INV | | $ 2,490.25 | | $ 2,490.25 |
| 09/05/2019 | 546457 | C/M | | $ 54.30- | | $ 2,435.95 |
| 08/30/2019 | 544462 | INV | | $ 5,243.10 | | $ 5,243.10 |
| 09/04/2019 | 545921 | C/M | | $ 116.40- | | $ 5,126.70 |
| 08/31/2019 | 544943 | INV | | $ 2,630.50 | | $ 2,630.50 |
| 09/01/2019 | 545068 | INV | | $ 905.10 | | $ 905.10 |
| 09/04/2019 | 545674 | INV | | $ 1,437.80 | | $ 1,437.80 |
| 09/05/2019 | 546188 | INV | | $ 2,088.95 | | $ 2,088.95 |

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| | | |

EX. B-4

# SunCity PRODUCE CO.
the best produce under the sun

2230 SW 2nd St  Pompano Beach  FL  33059
Phone  (954) 972 8383  Fax (954) 545 6442

| | |
|---|---|
| **STATEMENT DATE** | 9/18/2019 |

**PENN DUTCH FOOD
CENTER II, INC.
3950 NORTH 28TH TERRACE
HOLLYWOOD      FL  33020**

| | |
|---|---|
| **CUSTOMER** | 51703 |
| **SALESPERSON** | 009 |
| **TERMS** | NET 10 DAYS |

| DATE | NUMBER | TYPE | CUSTOMER PO | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| | **TRANSACTION** | | | | | |
| 09/05/2019 | 546189 | INV | | $ 375.00 | | $ 375.00 |
| 09/05/2019 | 546190 | INV | | $ 1,269.00 | | $ 1,269.00 |
| 09/05/2019 | 546252 | INV | | $ 550.00 | | $ 550.00 |
| 09/07/2019 | 547226 | INV | | $ 4,830.00 | | $ 4,830.00 |
| 09/12/2019 | 549107 | C/M | | $ 25.95- | | $ 4,804.05 |
| 09/09/2019 | 547432 | INV | | $ 1,750.85 | | $ 1,750.85 |
| 09/10/2019 | 547684 | INV | | $ 1,536.15 | | $ 1,536.15 |
| 09/11/2019 | 548304 | INV | | $ 1,533.35 | | $ 1,533.35 |
| 09/12/2019 | 548770 | INV | | $ 2,643.20 | | $ 2,643.20 |
| 09/17/2019 | 551286 | C/M | | $ 25.55- | | $ 2,617.65 |
| 09/18/2019 | 551704 | C/M | | $ 22.60- | | $ 2,595.05 |
| 09/13/2019 | 549568 | INV | | $ 6,205.70 | | $ 6,205.70 |
| 09/17/2019 | 551317 | C/M | | $ 93.00- | | $ 6,112.70 |
| 09/18/2019 | 551705 | C/M | | $ 31.00- | | $ 6,081.70 |
| 09/14/2019 | 550276 | INV | | $ 6,220.90 | | $ 6,220.90 |
| 09/18/2019 | 551765 | C/M | | $ 210.00- | | $ 6,010.90 |
| 09/16/2019 | 550683 | INV | | $ 5,883.15 | | $ 5,883.15 |
| 09/18/2019 | 551766 | C/M | | $ 345.60- | | $ 5,537.55 |
| 09/17/2019 | 551104 | INV | | $ 3,468.40 | | $ 3,468.40 |
| **CUSTOMER** | 51703 | **TOTAL** | | $ 172,811.16 | | |

| CURRENT | PAST DUE | AMOUNT DUE |
|---|---|---|
| $ 25,226.95 | $ 147,584.21 | $ 172,811.16 |

EX. B-5